IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL BUSSTRUT CORP., *Plaintiff*, v. WANGS ALLIANCE CORP. d/b/a WAC LIGHTING CO., *Defendant*. | C.A. No. 2:23-cv-00391-MHW-KAJ<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Kimberly A. Jolson |

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant Wangs Alliance Corp. d/b/a WAC Lighting Co. ("WAC Lighting") files this Unopposed Motion for Extension of Time for Defendant Wangs Alliance Corp. d/b/a WAC Lighting Co. ("WAC Lighting") to Respond to Complaint, and respectfully shows the following:

busSTRUT ("busSTRUT") filed its Complaint on January 24, 2023 (D.I. 1) and reached out to WAC Lighting to waive service on January 27, 2023. WAC Lighting agreed to waive service of the complaint, and its response is currently due March 27, 2023. WAC Lighting requests an additional 30-day extension to respond to the Complaint, changing the due date from March 27, 2023 to April 26, 2023. busSTRUT's counsel confirmed it does not oppose this request.

Wherefore, WAC Lighting respectfully requests that the Court grant this motion and enter an order extending the deadline for WAC Lighting to answer or otherwise respond to the Complaint to April 26, 2023.

DATED:  March 24, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/      David B. Cupar*
　　　　　　　　　　　　　　　　　　　　David B. Cupar
　　　　　　　　　　　　　　　　　　　　McDONALD HOPKINS
　　　　　　　　　　　　　　　　　　　　600 Superior Avenue East, Suite 2100
　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44114
　　　　　　　　　　　　　　　　　　　　Telephone: (216) 348-5400
　　　　　　　　　　　　　　　　　　　　Email: dcupar@mcdonaldhopkins.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　*Wangs Alliance Corp. d/b/a WAC Lighting Co.*